FILED
CLERK, U.S. DISTRICT COURT
MAY 2 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS TAYLOR (a.k.a. Kirell Francis Bettis), Plaintiff, v. SHELLIE SAMUELS, et al., Defendants. | No. CV 08-02366-MMM(CT) JUDGMENT |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 20, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE